■ In the Matter of the Arbitration Between BUFFALO PO-LICE BENEVOLENT ASSOCIATION, Respondent, and CITY OF BUF-FALO, Appellant. [932 NYS2d 392]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ BORTECH COMPANY, INC., Appellant, v STEPHEN H. LA-BARGE et al., Respondents. [932 NYS2d 393]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.